UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TF-0014/MP
June 10, 2026
10:00 AM

----------------------------------------------------x

IN RE:

Case No. 26-22053-DSJ

SHAMAR YEE,

Hon. DAVID S. JONES

**NOTICE OF MOTION**

Debtor.

----------------------------------------------------x

PLEASE TAKE NOTICE, that upon the within application, the Chapter 13 Trustee will move this court before the Honorable David S. Jones, U.S. Bankruptcy Judge, at the United States Bankruptcy Court, VIA ZOOM on the 10th day of June, 2026 at 10:00 AM, or as soon thereafter as counsel can be heard, for an Order pursuant to 11 U.S.C. §1307(c) for cause, dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

**PLEASE TAKE FURTHER NOTICE, that any hearing on the within application will be held by telephone or Zoom video conference only.  No in-person hearing will be held in the Courthouse. Participants are required to register their appearance at https:// ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl   48 hours before the scheduled hearing.**

Responsive papers shall be filed with the Bankruptcy Court and served upon the Chapter 13 Trustee, Thomas C. Frost, Esq., no later than seven (7) days prior to the hearing date set forth above.  Any responsive papers shall be in conformity with the Federal Rules of Civil Procedure and indicate the entity submitting the response, the nature of the response and the basis of the response.

Date:   White Plains, New York
        May 7, 2026

/s/ *Thomas C. Frost*
THOMAS C. FROST, CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, STE 102
WHITE PLAINS, NY 10603
(914)328-6333

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

TF-0014/MP
June 10, 2026
10:00 AM

------------------------------------------------x

IN RE:

Case No: 26-22053-DSJ

SHAMAR YEE,

Hon. DAVID S. JONES

**APPLICATION**

Debtor.

------------------------------------------------x

TO THE HONORABLE DAVID S. JONES, U.S. BANKRUPTCY JUDGE:

THOMAS C. FROST, ESQ., Standing Chapter 13 Trustee in the above-captioned estate, respectfully represents the following:

1. The Debtor filed a petition under the provisions of 11 U.S.C. Chapter 13 on January 20, 2026 and, thereafter, THOMAS C. FROST was duly appointed and qualified as Trustee.

2. As of the date of this Motion, the Debtor has completed 3 Plan Months of a 60 Month Plan, and the monthly Plan payment is currently $298.35.

3. The Debtor's proposed Chapter 13 plan is not feasible as it is not adequately funded to provide for full repayment to the secured claims as required by 11 U.S.C. §1325(a)(5) unless loss mitigation is successful.

4. The Debtor has failed to file a loss mitigation request as indicated in Part 3.5 in the Plan filed on February 27, 2026. (ECF No. 15).

5. The Debtor's proposed Chapter 13 Plan fails to comply with the best interest of creditors test as set forth in 11 U.S.C. §1325(a)(4) in that the unsecured creditors will receive less than the amount that would be paid if the estate of the Debtor were liquidated under Chapter 7, and as such it cannot be confirmed. Specifically, the value of Debtor's bank account with Municipal Credit Union was $58,949.30 as set forth in the Debtor's Schedule A/B and the Debtor claimed an exemption of $825.00 pursuant to CPLR 5205(a)(9). As such, the Debtor's unexempt value of the Property is $58,124.00. As the Plan only provides for payments in the total amount of $17,901.00, the Debtor's proposed Chapter 13 Plan fails to comply with 11 U.S.C. §1325(a)(4).

6. Further, the Debtor has failed to:

   a. commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1) and is in arrears to date, in the amount of, $895.05;

   b. file with the Court evidence that the Debtor has completed an instructional course concerning personal financial management as required by 11 U.S.C. §1328(g)(1); and

   c. file with the Court a certification that all amounts payable under a domestic support obligation have been paid as required by 11 U.S.C. §1328(a).

7.  The Trustee also respectfully requests copies of the 2025 federal and state tax returns and any refunds, if any, once filed with the taxing authorities as required by 11 U.S.C. § 521(f)(1).

8.  The deficiencies as stated above impede the Trustee's ability to administer this case and, therefore, is a default that is prejudicial to the rights of the creditors of the Debtor pursuant to 11 U.S.C. §1307(c)(1).

9.  The foregoing constitutes cause to dismiss this Chapter 13 case within the meaning of 11 U.S.C. §1307(c).

WHEREFORE, the Chapter 13 Trustee respectfully requests that this Court enter an Order dismissing this Chapter 13 case and for such other and further relief as may seem just and proper.

Dated: White Plains, New York
         May 7, 2026

/s/ *Thomas C. Frost*
Thomas C. Frost, Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------x          Case No: 26-22053-DSJ
IN RE:

 SHAMAR YEE,

                                                              **CERTIFICATE OF SERVICE**
                                                                  **BY MAIL**

                        Debtor.
----------------------------------------------------x


        This is to certify that I, Nancy Alexander, have this day served a true, accurate and correct copy of the within Notice of Motion and Application by depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

SHAMAR YEE
5 BITTMAN LANE
NEW CITY, NY 10956

ERIC STEWART BROWN
LEGAL AID SOCIETY OF ROCKLAND COUNT
2 CONGERS ROAD STE 1
NEW CITY, NY 10956


This May 7, 2026

/s/Nancy Alexander
Nancy Alexander, Paralegal
Office of the Standing Chapter 13 Trustee
Thomas C. Frost, Esq.
399 Knollwood Road, Suite 102
White Plains, New York 10603
(914) 328-6333

CASE NO:  26-22053-DSJ
Hon. DAVID S. JONES

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____
IN RE:

SHAMAR YEE,

                     Debtor.

**NOTICE OF MOTION, APPLICATION
and
CERTIFICATE OF SERVICE**

**THOMAS C. FROST
STANDING CHAPTER 13 TRUSTEE
399 KNOLLWOOD ROAD, SUITE 102
WHITE PLAINS, NEW YORK 10603
(914) 328-6333**